# EXHIBIT "A"

Electronically Filed by Superior Court of California, County of Orange, 05/26/2022 03:39:16 PM.
30-2022-01261697-CU-PO-CJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

COSTCO WHOLESALE CORPORATION; DOE COSTCO STORE
MANAGER and DOES 1 TO 100 Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

NEVINE FAYEK

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO!* Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*  Central Justice Center | CASE NUMBER:<br>*(Número del Caso):*  30-2022-01261697-CU-PO-CJC |
|---|---|
| Superior Court of California of the County of Orange<br>700 W Civic Center Dr., Santa Ana, CA 92701 | Judge Lon F. Hurwitz |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Nicholas Bryman Esq. SBN: 322172; 5757 Wilshire Blvd, Suite 670, Los Angeles, CA 90036; (310) 777-7540

| DATE:<br>*(Fecha)* 05/26/2022 DAVID H. YAMASAKI, Clerk of the Court | Clerk, by<br>*(Secretario)* _Katie Trent_ | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*     Katie Trent



**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:

3. [X] on behalf of *(specify)*: Costco Wholesale Corporation
   under: [X] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)       [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
   [ ] other *(specify)*:
4. [ ] by personal delivery on *(date)*:

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courtinfo.ca.gov* |
|---|---|---|

Electronically Filed by Superior Court of California, County of Orange, 05/26/2022 03:39:16 PM.
30-2022-01261697-CU-PO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Shawn Elliott (SBN 170454)/Nicholas Bryman (SBN 322172)<br>VAZIRI LAW GROUP, APC.<br>5757 Wilshire Blvd, Suite 670<br>Los Angeles, CA 90036 | |

TELEPHONE NO: 310-777-7540   FAX NO. *(Optional)*: 310-777-0373
E-MAIL ADDRESS *(Optional)*: teammg@vazirilaw.com/nbryman@vazirilaw.com
ATTORNEY FOR *(Name)*: Plaintiff: NEVINE FAYEK

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange
STREET ADDRESS: 700 W Civic Center Dr.
MAILING ADDRESS: 700 W Civic Center Dr.
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: NEVINE FAYEK

DEFENDANT: COSTCO WHOLESALE CORPORATION;
DOE COSTCO STORE MANAGER and

☑ DOES 1 TO 100   Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED *(Number)*:

Type *(check all that apply)*:
☐ MOTOR VEHICLE   ☑ OTHER *(specify)*: Premises Liability; Neg.
☐ Property Damage   ☐ Wrongful Death
☑ Personal Injury   ☐ Other Damages *(specify)*:

| Jurisdiction *(check all that apply)*: | CASE NUMBER: |
|---|---|
| ☐ ACTION IS A LIMITED CIVIL CASE<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000, but does not exceed $25,000 | 30-2022-01261697-CU-PO-CJC |
| ☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>☐ from limited to unlimited<br>☐ from unlimited to limited | **Assigned for All Purposes**<br>Judge Lon F. Hurwitz |

1. **Plaintiff** *(name or names)*: NEVINE FAYEK
   alleges causes of action against **defendant** *(name or names)*:
   COSTCO WHOLESALE CORPORATION, et al.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 6

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:
   b. ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| FAYEK v. COSTCO WHOLESALE CORPORATION, et al. | |

4. [ ] Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [✓] **except** defendant *(name):* C.W.C
      (1) [ ] a business organization, form unknown
      (2) [✓] a corporation
      (3) [ ] an unincorporated entity *(describe):*

      (4) [ ] a public entity *(describe):*

      (5) [ ] other *(specify):*

   c. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*

      (4) [ ] a public entity *(describe):*

      (5) [ ] other *(specify):*

   b. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*

      (4) [ ] a public entity *(describe):*

      (5) [ ] other *(specify):*

   d. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*

      (4) [ ] a public entity *(describe):*

      (5) [ ] other *(specify):*

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [✓] Doe defendants *(specify Doe numbers):* 1 to 100 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [✓] Doe defendants *(specify Doe numbers):* 1 to 100 _____ are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [✓] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other *(specify):*

9. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, **or**
   b. [ ] is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| FAYEK v. COSTCO WHOLESALE CORPORATION, et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage *(specify)*:
      Future medical expenses; future pain and suffering

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
      Prem.L-1, Prem.L-2, Prem.L-5, and GN-1

Date: May 2 6ᵗʰ, 2022

Nicholas Bryman, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE:<br>FAYEK v. COSTCO WHOLESALE CORPORATION, et al. | CASE NUMBER: |
|---|---|

FIRST _____     **CAUSE OF ACTION—General Negligence**     Page 4
    (number)

ATTACHMENT TO [ x ] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* NEVINE FAYEK

    alleges that defendant *(name):* COSTCO WHOLESALE CORPORATION; DOE COSTCO STORE MANAGER and

    [ x ] Does   1 _____ to  100 _____

    was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
    negligently caused the damage to plaintiff

    on *(date):* July 22, 2020

    at *(place):* 27972 Cabot Rd. Laguna Niguel, CA 92677

    *(description of reasons for liability):*
    DEFENDANTS negligently maintained, owned, managed, controlled and/or inspected the premises at or near 27972 Cabot
    Rd. Laguna Niguel, CA 92677 such that they caused, to be deposited, or should have discovered on reasonable inspection,
    a slippery substance deposited on their floor in an area where they knew or should have known their customers would walk.
    On the aforementioned date, Plaintiff was proceeding with reasonable care when she encountered this dangerous condition
    and was thereby caused to slip and fall to her injury. Plaintiff alleges that this dangerous condition was created by
    DEFENDANTS or existed for a sufficient period of time, that the DEFENDANTS should have remedied the condition and/or
    warned persons such as the Plaintiff of same, and that their failure to do so, notwithstanding their duty to maintain the
    premises in a reasonably safe condition, was negligent.

    Plaintiff further contends that DOE COSTCO STORE MANAGER so significantly disregarded and failed to comply with
    DEFENDANT COSTCO's safety policies and procedures, and/or with common law duties, including with respect to his/her
    management of the premises and his/her supervision of DEFENDANTS' employees, that he/she was independently
    negligent, and that said negligence was a cause of harm to the Plaintiff as described herein.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courts.ca.gov

EXHIBIT A - 000006

PLD-PI-001(4)

| SHORT TITLE:<br>FAYEK v. COSTCO WHOLESALE CORPORATION, et al. | CASE NUMBER: |
|---|---|

SECOND
_____    **CAUSE OF ACTION—Premises Liability**    Page ___5___
(number)

ATTACHMENT TO [ x ] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.Plaintiff *(name):* NEVINE FAYEK
_____

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* July 22, 2020 _____ plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury):*
DEFENDANTS negligently maintained, owned, managed, controlled and/or inspected the premises at or near 27972 Cabot Rd. Laguna Niguel, CA 92677 such that they caused, to be deposited, or should have discovered on reasonable inspection, a slippery substance deposited on their floor in an area where they knew or should have known their customers would walk. On the aforementioned date, Plaintiff was proceeding with reasonable care when she encountered this dangerous condition and was thereby caused to slip and fall to her injury. Plaintiff alleges that this dangerous condition was created by DEFENDANTS or existed for a sufficient period of time, that the DEFENDANTS should have remedied the condition and/or warned persons such as the Plaintiff of same, and that their failure to do so, notwithstanding their duty to maintain the premises in a reasonably safe condition, was negligent. (CONT. on Attachment 1)

Prem.L-2. [ x ] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
COSTCO WHOLESALE CORPORATION; DOE COSTCO STORE MANAGER; and

[ x ] Does 1 _____ to 100 _____

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does _____ to _____

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] ***Count Three—Dangerous Condition of Public Property*** The defendants who owned public property on which a dangerous condition existed were (names):

[ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a. [ x ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
COSTCO WHOLESALE CORPORATION; DOE COSTCO STORE MANAGER; and

[ x ] Does 1 _____ to 100 _____

b. [ x ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ x ] as follows *(names):*
COSTCO WHOLESALE CORPORATION; DOE COSTCO STORE MANAGER; and Does 1 to 100 inclusive

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California PLD-
PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

EXHIBIT A - 000007

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| FAYEK v. COSTCO WHOLESALE CORPORATION, et al. | |

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

(COMPLAINT PAGE 5 CONT.) Plaintiff further contends that DOE COSTCO STORE MANAGER so significantly disregarded and failed to comply with DEFENDANT COSTCO's safety policies and procedures, and/or with common law duties, including with respect to his/her management of the premises and his/her supervision of DEFENDANTS' employees, that he/she was independently negligent, and that said negligence was a cause of harm to the Plaintiff as described herein.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 6 of 6

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

Electronically Filed by Superior Court of California, County of Orange, 05/26/2022 03:39:16 PM.
30-2022-01261697-CU-PO-CJC - ROA #4 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

Shawn Elliott (SBN 170454)/Nicholas Bryman (SBN 322172)
VAZIRI LAW GROUP, APC. 5757 Wilshire Blvd, Suite 670 Los Angeles, CA 90036

| | |
|---|---|
| TELEPHONE NO.: (310) 777-7540 | FAX NO. (Optional): (310) 777-0373 |

E-MAIL ADDRESS: teammg@vazirilaw.com/nbryman@vazirilaw.com
ATTORNEY FOR (Name): Plaintiff: NEVINE FAYEK

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 700 W Civic Center Dr.
MAILING ADDRESS: 700 W Civic Center Dr.
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

CASE NAME:
FAYEK v. COSTCO WHOLESALE CORPORATION, et al.

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| [x] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder | 30-2022-01261697-CU-PO-CJC |
| | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Judge Lon F. Hurwitz  DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[x] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify): Two (2)
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: May 26th, 2022
Nicholas Bryman, Esq.
_____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.
Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
  Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*
**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)
**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex case type listed above)* (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

CM-010 [Rev. September 1, 2021]

**CIVIL CASE COVER SHEET**

Page 2 of 2

# EXHIBIT "B"

Electronically Filed by Superior Court of California, County of Orange, 08/04/2022 09:54:00 AM.
30-2022-01261697-CU-PO-CJC - ROA # 9 - DAVID H. YAMASAKI, Clerk of the Court By E. efilinguser, Deputy Clerk.

August 3, 2022

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Mark Giannamore, Esq. \| SBN : 125550<br>Vaziri Law Group, APC<br>5757 Wilshire Blvd. Ste.670   Los Angeles, CA 90036<br><br>TELEPHONE NO.: (310) 777-7540 \| FAX NO. (313) 777-0373 \| E-MAIL ADDRESS *(Optional):* nlee@vazirilaw.com<br>ATTORNEY FOR *(Name):* Plaintiff: Nevine Fayek | |

**ORANGE COUNTY SUPERIOR COURT**

STREET ADDRESS: 700  CIVIC CENTER DRIVE WEST

MAILING ADDRESS:

CITY AND ZIP CODE: SANTA ANA, CA 92702-0838

BRANCH NAME: SANTA ANA

| PLAINTIFF:  Nevine Fayek | CASE NUMBER:<br>30-2022-01261697-CU-PO-CJC |
|---|---|
| DEFENDANT:  Costco Wholesale Corporation, et al. | Dept: C20 |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Nevine Fayek |
|---|---|

*(Separate proof of service is required for each party served.)*

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

   a. ☑ Summons

   b. ☑ Complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☑ Civil Case Cover Sheet  *(served in complex cases only)*

   e. ☐ Cross-complaint

   f. ☑ other *(specify documents):* **Statement of Damages(Costco Wholesale Corporation);NOTICE OF HEARING CASE MANAGEMENT CONFERENCE; Clerk's Certificate of Service by Mail**

3. a. Party served *(specify name of party as shown on documents served):*

   **Costco Wholesale Corporation**

   b. ☑  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Daisy Montenegro - Authorized to Accept Service**

4. Address where the party was served:  **330 N Brand Blvd Ste 700**
   **Glendale, CA 91203-2336**

5. I served the party *(check proper box)*

   a. ☑  **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 8/3/2022    (2) at *(time):* 12:33 PM

   b. ☐  **by substituted service.** On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

   (4) ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*  from *(city):*      **or** ☐ a declaration of mailing is attached.

   (5) ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

**PROOF OF SERVICE OF SUMMONS**

EXHIBIT - B000002

| PETITIONER: Nevine Fayek | CASE NUMBER: |
|---|---|
| RESPONDENT: Costco Wholesale Corporation, et al. | 30-2022-01261697-CU-PO-CJC |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **Costco Wholesale Corporation**
    under the following Code of Civil Procedure section:

        ☑ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**

a. Name: **Ramiro U. Saucedo Jr. - Cal West Attorney Services, Inc**

b. Address: **1201 W. Temple Street  Los Angeles, CA 90026**

c. Telephone number: **(213) 353-9100**

d. **The fee** for service was: **$ 85.00**

e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
        (i) ☐ owner        ☐ employee     ☑ independent contractor.
        (ii) Registration No.: **2021278531**
        (iii) County: **Los Angeles**

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

    Date: **8/3/2022**

    **Cal West Attorney Services, Inc**
    **1201 W. Temple Street**
    **Los Angeles, CA 90026**
    **(213) 353-9100**
    **www.calwest.info**

    ▸ *Ramiro Saucedo*

| **Ramiro U. Saucedo Jr.** | |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | |

# EXHIBIT "C"

EXHIBIT - C 000001

CIV-050

*- DO NOT FILE WITH THE COURT-*
*-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>Shawn Elliott (170454)/Nicholas Bryman (322172)<br>VAZIRI LAW GROUP, APC.<br>5757 Wilshire Boulevard, Suite 670<br>Los Angeles, CA 90036<br>ATTORNEY FOR *(name):*  Plaintiff: NEVINE FAYEK   TELEPHONE NO.: (310) 777-7540 | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Orange
STREET ADDRESS: 700 W Civic Center Dr.
MAILING ADDRESS: 700 W Civic Center Dr.
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF:  NEVINE FAYEK
DEFENDANT:  COSTCO WHOLESALE CORPORATION, et al.

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER: |
|---|---|

To *(name of one defendant only):* COSTCO WHOLESALE CORPORATION
Plaintiff *(name of one plaintiff only):* NEVINE FAYEK
seeks damages in the above-entitled action, as follows:

| | | AMOUNT |
|---|---|---|
| **1. General damages** | | |
| a. ☑ Pain, suffering, and inconvenience ............................................... | | $ 150,000.00 |
| b. ☐ Emotional distress. ........................................ | | $ _____ |
| c. ☐ Loss of consortium ........................................ | | $ _____ |
| d. ☐ Loss of sociey and companionship *(wrongful death actions only)* ................ | | $ _____ |
| e. ☐ Other *(specify)* | | $ _____ |
| f. ☐ Other *(specify)* | | $ _____ |
| g. ☐ Continued on Attachment 1.g. | | |
| **2. Special damages** | | |
| a. ☑ Medical expenses *(to date)* ........................................ | | $ 60,000.00 |
| b. ☑ Future medical expenses *(present value)* ........................................ | | $ 100,000.00 |
| c. ☑ Loss of earnings *(to date)* ........................................ | | $ 50,000.00 |
| d. ☑ Loss of future earning capacity *(present value)* ........................ | | $ 100,000.00 |
| e. ☐ Property damage ........................................ | | $ _____ |
| f. ☐ Funeral expenses *(wrongful death actions only)* ........................ | | $ _____ |
| g. ☐ Future contributions *(present value) (wrongful death actions only)* ........ | | $ _____ |
| h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ........ | | $ _____ |
| i. ☐ Other *(specify)* | | $ _____ |
| j. ☐ Other *(specify)* | | $ _____ |
| k. ☐ Continued on Attachment 2.k. | | |

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ _____
when pursuing a judgment in the suit filed against you.

Date:  May 26ᵗʰ, 2022

Nicholas Bryman, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Page 1 of 2
Code of Civil Procedure, §§ 425.11, 425.115
*www.courtinfo.ca.gov*

EXHIBIT - C 000002

CIV-050

| PLAINTIFF: NEVINE FAYEK | CASE NUMBER: |
|---|---|
| DEFENDANT: COSTCO WHOLESALE CORPORATION, et al. | |

### PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages ☐ Other *(specify):*

   b. on *(name):*
   c. by serving ☐ defendant ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery ☐ at home ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

► _____
(SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

► _____
(SIGNATURE)

**PROOF OF SERVICE**
**(Statement of Damages)**

EXHIBIT - C 000003

# EXHIBIT "D"

8/16/22, 10:43 AM
Search | California Secretary of State

California
*Secretary of State*

**Business**      UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for **corporations, limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

## Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, remove "C" from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

## Advanced Search

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching*

## COSTCO WHOLESALE CORPORATION (1587907)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 06/05/1987 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | WASHINGTON |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 999 LAKE DRIVE ISSAQUAH, WA 98027 |
| Mailing Address | P.O. BOX 35005 SEATTLE, WA 98124 |
| Statement of Info Due Date | 06/30/2022 |
| Agent | 1505 Corporation 112 C T CORPORATION SYSTEM 330 N BRAND BLVD STE 700 GLENDALE, CA  91203 |
| PT Info | View Publicly Traded Disclosure Information |



View History



Request Access

Skip to main content  State

8/16/22, 10:43 AM                                    Search | California Secretary of State



California
Secretary of State

Business        UCC

Login

Home

Search

Forms

Help

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2) select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

costco wholesale

Advanced ˅

Results: 5

| Entity Information | Initial Filing Date | Status |
|---|---|---|
| COSTCO WHOLESALE CORPORATION (1278079) | 06/03/1985 | Terminate |
| COSTCO WHOLESALE CORPORATION (1294667) | 12/24/1985 | Terminate |
| COSTCO WHOLESALE CORPORATION (1587907) | 06/05/1987 | Active |
| COSTCO WHOLESALE LENDING, INC. (2899675) | 07/19/2006 | Terminate |

## COSTCO WHOLESALE CORPORATION (1587907)

Request Certificate

| | |
|---|---|
| Initial Filing Date | 06/05/1987 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | WASHINGTON |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 999 LAKE DRIVE ISSAQUAH, WA 98027 |
| Mailing Address | P.O. BOX 35005 SEATTLE, WA 98124 |
| Statement of Info Due Date | 06/30/2022 |
| Agent | 1505 Corporation 112 C T CORPORATION SYSTEM 330 N BRAND BLVD STE 700 GLENDALE, CA  91203 |
| PT Info | View Publicly Traded Disclosure Information |

View History          Request Access

General

State

Skip to main content

8/16/22, 10:43 AM                                    Search | California Secretary of State



California
*Secretary of State*

**Business**     UCC

Login

Home

COSTCO
WHOLESALE
MEMBERSHIP,
INC. (2225463)

>   03/23/2000   Active

COSTCO WHOLESALE
CORPORATION (1587907)

Search

Forms

Request
Certificate

Help

| | |
|---|---|
| *Initial Filing Date* | **06/05/1987** |
| *Status* | **Active** |
| *Standing - SOS* | **Good** |
| *Standing - FTB* | **Good** |
| *Standing - Agent* | **Good** |
| *Standing - VCFCF* | **Good** |
| *Formed In* | **WASHINGTON** |
| *Entity Type* | **Stock Corporation - Out of State - Stock** |
| *Principal Address* | **999 LAKE DRIVE ISSAQUAH, WA 98027** |
| *Mailing Address* | **P.O. BOX 35005 SEATTLE, WA 98124** |
| *Statement of Info Due Date* | **06/30/2022** |
| *Agent* | **1505 Corporation 112 C T CORPORATION SYSTEM 330 N BRAND BLVD STE 700 GLENDALE, CA 91203** |
| *PT Info* | View Publicly Traded Disclosure Information |

View History          Request Access

© 2022 CA Secretary of State

EXHIBIT - D 000004

3/3

# EXHIBIT "E"

1  DEBORAH S. TROPP, ESQ. – BAR NO. 162613
   CARLY J. ENGLISH, ESQ. – BAR NO. 340721
2  MCNEIL, TROPP & BRAUN, LLP
   2 Park Plaza, Suite 620
3  Irvine, California 92614
   (949) 259-2890; Fax: (949) 259-2891
4  dtropp@mtbattorneys.com; cenglish@mtbattorneys.com

5  Attorneys for Defendant COSTCO WHOLESALE CORPORATION

6

7

8                        SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

10

11  NEVINE FAYEK, and individual,              CASE NO. 30-2022-01261697-CU-Pb-CJC
                                               UNLIMITED CIVIL CASE
12
                                               ASSIGNED FOR ALL PURPOSES TO:
13                    Plaintiff,               JUDGE LON F. HURWITZ
                                               DEPARTMENT C20
14        vs.
                                               **DEFENDANT'S NOTICE TO ADVERSE**
15                                             **PARTIES OF REMOVAL OF CASE TO**
                                               **FEDERAL COURT**
16  COSTCO WHOLESALE CORPORATION;              **UNDER 28 U.S.C § 1441 (a) (DIVERSITY)**
    DOE COSTCO MANAGER and DOES 1 TO
17  100 Inclusive,

18                                             COMPLAINT FILED: May 26, 2022
                      Defendants.
19

20

21        **TO PLAINTIFF, NEVINE FAYEK, AND TO HER COUNSEL OF RECORD:**

22        **NOTICE IS HEREBY GIVEN** that Defendant, COSTCO WHOLESALE

23  CORPORATION, a Washington Corporation, has filed a Notice of Removal of the above-

24  captioned action, a copy of which is attached hereto as Exhibit "A" (without exhibits), with the

25  United States District Court for the Central District of California, Southern Division.

26  ///

27  ///

28  ///

Z:\Fayek v.
Costco\PLEADINGS\Defend
ant\Removal\Notice
Removal.State.docx

1
DEFENDANT'S NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT
UNDER 28 U.S.C. § 1441 (a) (DIVERSITY)
EXHIBIT 1, PG 00002

1    **PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. § 1446(d) the filing of

2   said Notice in the United States District Court, together with the filing of said Notice with this

3   Court, effects the removal of this action and the above-captioned Court may proceed no further

4   unless and until the case has been remanded.

5

6   DATED: August 31, 2022                    McNEIL TROPP & BRAUN LLP

7

8                                             By:/s/CARLY J. ENGLISH
                                                 DEBORAH S. TROPP
9                                                CARLY J. ENGLISH
                                                 Attorneys for Defendant COSTCO
10                                               WHOLESALE CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Z:\Fayek v.
Costco\PLEADINGS\Defend
ant\Removal\Notice
Removal.State.docx

DEFENDANT'S NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT
UNDER 28 U.S.C. § 1441 (a) (DIVERSITY)

EXHIBIT E 000003

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**
C.C.P. §1013a, C.R.C. 2.301(3), 2.306

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the aforesaid County, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2 Park Plaza, Suite 620, Irvine, California 92614.

On August 31, 2022, I served the foregoing document described as **DEFENDANT'S NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT UNDER 28 U.S.C § 1441 (a) (DIVERSITY)** on the interested parties in this action by:

Placing ____the original __X__ a true copy thereof, enclosed in a sealed envelope, addressed as follows on the attached SERVICE LIST.

_____ **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

_____ **BY FACSIMILE TRANSMISSION**: From FAX No. (949) 259-2891 the facsimile number(s) and addressee(s) stated on the attached SERVICE LIST. The facsimile machine I used complied with Rule 2.301(3), and no error was reported by the machine. Pursuant to Rule 2.306(h), I caused the machine to print a record of the transmission and attached it to the document contained in our file, a copy of which is available upon request.

_____ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the offices of the addressee.

__√__ **BY ELECTRONIC TRANSMISSION ONLY:** Service is completed by e-mail of the document(s) to the person at the e-mail address(es) listed on the attached service list, based on notice provided on March 18, 2020 that, during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore only using electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after transmission.

_____ **BY FEDERAL EXPRESS**: I caused a courtesy copy of the aforementioned document to be delivered by overnight mail via Federal Express to the representatives on the attached Service List.

__√__ **STATE**: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____ **FEDERAL**: I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on August 31, 2022, at Irvine, California.

___/s/ Jena Rivera____
Jena Rivera

3

DEFENDANT'S NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (a) (DIVERSITY)
EXHIBIT 1, 00004

## SERVICE LIST

**FAYEK v. COSTCO WHOLESALE CORPORATION, et al.**
**OUR FILE NO.: 4700-109**

| | |
|---|---|
| Shawn Elliott, Esq.<br>VAZIRI LAW GROUP, APC.<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, California 90036 | Attorneys for Plaintiff NEVINE FAYEK<br>(310) 777-7540<br>Fax: (310) 777-0373<br>teammg@vazirilaw.com<br>nbryman@vazirilaw.com |

DEFENDANT'S NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT
UNDER 28 U.S.C. § 1441 (a) (DIVERSITY)
EXHIBIT E 000005