# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 22-01621-JVS(ADSx) | Date | February 27, 2023 |
| Title | Nevine Fayek v. Costco Wholesale Corporation et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Deborah Lewman for Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | Carly English |

**Proceedings:**   Plaintiff's Motion for Leave to File FAC and Remand Action to State Court [17]

   Cause is called for hearing and counsel makes her appearance.  The Court's tentative ruling is issued.  Motion is argued and taken under submission.

| | : | 03 |
|---|---|---|
| | Initials of Preparer | djl |